**Order entered October 22, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00073-CR
No. 05-18-00074-CR

**JACCARI D. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-00673-V & F16-39215-V**

## ORDER

The Court has received the trial court's appointment of counsel Allan Fishburn to represent appellant. Accordingly, we **DIRECT** the Clerk to list Allan Fishburn as appellant's appointed attorney of record. Because the reporter's record and clerk's record have been filed, we **ORDER** appellant's brief due November 30, 2018.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      CRAIG STODDART
JUSTICE